

**RECEIVED**
**FEB 17 2026**
**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MISSOURI

**JANE DOE,**

Plaintiff,

v.

**CITY OF ST. LOUIS, et al.,**

Defendants.

## MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM AND TO SEAL PERSONAL IDENTIFYING INFORMATION

COMES NOW Plaintiff, a private citizen appearing *pro se*, and respectfully moves this Honorable Court for leave to proceed under the pseudonym "Jane Doe" and for an order to seal her personal identifying information, specifically her residential address and phone number, pursuant to Local Rule 13.05 and for the following reasons:

1. Whistleblower Status: Plaintiff is a private citizen whistleblower reporting on alleged misconduct by municipal and state officials. She has never been an employee or agent of the Defendants. Disclosure of her true name on the public docket would subject her to a significant risk of retaliatory harm.
2. Physical Safety and Privacy: Plaintiff has a well-founded and legitimate fear that if her legal name, physical address, email, or phone number is made a matter of public record, it will enable a known abuser to locate and harm her. As of her knowledge, her need for anonymity and privacy to ensure her physical safety outweighs the public's interest in knowing her identity.
3. Local Rule 13.05 Redaction Key: Plaintiff provides the following cross-reference for the Court's sealed records to link the placeholders in her public filings to her true identity:
   - "Jane Doe" =
   - "[ADDRESS UNDER SEAL]" =
   - "[REDACTED PHONE]" = [
   - "[REDACTED EMAIL]" = ___
4. Sealed Financial Exhibits: Plaintiff has provided a January 2026 DoorDash Statement (Dasher ID: 36085543) as a supplement to her Application to Proceed Without Prepaying Fees. This document contains her legal name and sensitive financial data; Plaintiff moves that this entire exhibit be maintained UNDER SEAL and strictly excluded from the public record.

WHEREFORE, Plaintiff respectfully requests that the Court grant her leave to proceed under a pseudonym and seal her personal identifiers to protect her safety and civil rights.

Respectfully submitted,

*Jane Doe*

2/17/2026